SEYFARTH SHAW LLP
Laura Maechtlen (SBN 224923)
Email: lmaechtlen@seyfarth.com
Pritee Thakarsey (SBN 266168)
Email:pthakarsey@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
TARGET CORPORATION

LAW OFFICES OF ILIJA CVETICH
Ilija Cvetich (SBN 133534)
Email: ic@iclawoffices.com
Casey Ayer (SBN 288221)
Email: ca@iclawoffices.com
3465 American River Dr., Suite B
Sacramento, California 95864
Telephone: (916) 488-1930
Facsimile: (916) 488-1939

Attorneys for Plaintiffs
ROBERT N. GONZALEZ, BULMARO FABIAN,
PEDRO GARCIA-AYALA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT N. GONZALEZ, BULMARO FABIAN, PEDRO GARCIA-AYALA,

Plaintiffs,

v.

TARGET CORPORATION, DOES 1 TO 100,

Defendants.

Case No. 2:13-CV-01615-KJM-AC

**JOINT NOTICE OF SETTLEMENT [PROPOSED ORDER]**

Plaintiff's Robert N. Gonzalez, Bulmaro Fabian, and Pedro Garcia-Ayala and Defendant Target Corporation (hereinafter "the Parties") have reached an agreement in principle to resolve the above-referenced matter. The Parties are currently drafting and circulating a settlement agreement and expect that it will be fully-executed within two weeks. The Parties also intend to file a Stipulation for Dismissal within sixty (60) days.

To allow the Parties sufficient time to finalize their settlement agreement and file the Stipulation for Dismissal, Defendant requests to withdraw its pending motion for summary judgment/summary adjudication as to Plaintiff Gonzalez. The Parties agree that if the Stipulation for Dismissal is not filed within sixty (60) days, the Parities will request the Court to set a briefing schedule and hearing date for Defendant's motion for summary judgment/summary adjudication as to Plaintiff Gonzalez.

IT IS SO STIPULATED.

DATED: July 21, 2014

SEYFARTH SHAW LLP

By: /s/ Pritee K. Thakarsey
Laura Maechtlen
Pritee Thakarsey

Attorneys for Defendant
TARGET CORPORATION

DATED: July 21, 2014

LAW OFFICES OF ILIJA CVETICH

By: /s/ Ilija Cvetich
Ilija Cvetich

Attorneys for Plaintiffs
ROBERT N. GONZALEZ, BULMARO FABIAN, PEDRO GARCIA-AYALA

IT IS SO ORDERED

DATED: ____________________________

______________________________
Unites States District
Judge Kimberly J. Mueller